IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MHF OPCO, LLC,

Plaintiff,

v.

Case No. 22-cv-707-wmc

RYAN CHARLES DREXLER, individually,

Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff MHF Opco, LLC against defendant Ryan Charles Drexler awarding plaintiff $3,374,521.75 in damages, $3,132,242.64 in prejudgment interest, $256,990.00 in attorney's fees, and $18,746.27 in costs for a total amount of $6,782,500.66.

| | |
|---|---|
| s/ Deputy Clerk | 2/17/2026 |
| Joel Turner, Clerk of Court | Date |