APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B.,
Plaintiff(s), Mhf opco llc

v.

C.D.,
Defendant(s) Ryan Drexler

File Number 22-cv-707-wmc

Notice of Appeal

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the Seventh circuit Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 17 day of February 2026, ________

(s) Pro se
Attorney for Ryandrexler@yahoo.com
Address: 1000 Santa Monica blvd
Suite #2202
Los Angeles, Ca 90067

310-922-2000

* See Rule 3(c) for permissible ways of identifying appellants.